FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 05 2026
TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

# UNITED STATES DISTRICT COURT

for the
Eastern District of Arkansas
Central Division

Loretta Elizabeth Rebenstorf
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Central Arkansas Library System
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 4:26cv-1220 JM
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

This case assigned to District Judge Moody
and to Magistrate Judge Harris

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Loretta Elizabeth Rebenstorf |
| Street Address | 1082 Rustic Oak Lane |
| City and County | Hensley Saline County |
| State and Zip Code | AR, 72065 |
| Telephone Number | 501-628-7969 |
| E-mail Address | lorrierebenstorf@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name: Central Arkansas Library System
Job or Title *(if known)*:
Street Address: 100 South Rock Street
City and County: Little Rock Pulaski County
State and Zip Code: AR, 72201
Telephone Number: 501-918-3000
E-mail Address *(if known)*: askcals@cals.org

Defendant No. 2

Name:
Job or Title *(if known)*:
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address *(if known)*:

Defendant No. 3

Name:
Job or Title *(if known)*:
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address *(if known)*:

Defendant No. 4

Name:
Job or Title *(if known)*:
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address *(if known)*:

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Dee Brown Library |
| Street Address | 6325 Baseline Road |
| City and County | Little Rock Pulaski County |
| State and Zip Code | AR, 72209 |
| Telephone Number | 501-568-7494 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment. After 7.5 years of employment with CAHS, I returned from approved medical leave and was terminated the following day without explanation.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: ______

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

November 2023 - October 24, 2025

C. I believe that defendant(s) *(check one)*:

- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race ______
- [ ] color ______
- [ ] gender/sex ______
- [ ] religion ______
- [ ] national origin ______
- [ ] age *(year of birth)* ______ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*

Permanent lymphatic damage and scarring in my neck resulting from radiation treatment for stage IV tonsil cancer.

E. The facts of my case are as follows. Attach additional pages if needed.

Statement is on attached pages. SR
(2 pages)

Statement is on attached pages. ~~se~~ 2 pages

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

March 10, 2026

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)* August 12, 2026

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)* Attached

C. N/A Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☐ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief Statement on page 6 of Pro Se 7 -

I am seeking the following:

1) Back pay for lost wages resulting from my termination on October 24, 2025
2) Front pay or other monetary relief in lieu of reinstatement.
3) Compensatory damages for emotional distress, anxiety, mental anguish and financial hardship resulting from my termination, in an amount deemed fair and appropriate by the Court.
4) Reimbursement of allowable court costs and attorney fees if applicable
5) Any other relief the Court deems fair or appropriate.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 4, 2026

Signature of Plaintiff: Loretta Elizabeth Rebenstorf

Printed Name of Plaintiff: Loretta Elizabeth Rebenstorf

### B. For Attorneys

Date of signing: ________

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



Print Save As... Add Attachment Reset

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Little Rock Area Office
820 Louisiana St, Suite 200
Little Rock, AR 72201
(501) 900-6130
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/12/2026

**To:** Ms. Loretta E. Rebenstorf
1082 Rustic Oak Lane
HENSLEY, AR 72065
Charge No: 493-2026-00885

EEOC Representative and email: RITA BARNES
ENFORCEMENT SUPERVISOR
RITA.BARNES@EEOC.GOV

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 493-2026-00885.

On behalf of the Commission,

Digitally Signed 08/13/2026 Delner Franklin Thomas
Delner Franklin-Thomas
DIRECTOR

**Cc:**
Jamie Halsell
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue Suite 2000
Little Rock, AR 72201

Central Arkansas Library System
100 S. Rock St.
LITTLE ROCK, AR 72201

Jo Spencer
CALS
100 S. Rock St.
Little Rock, AR 72201

Michael S Moore
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue Suite 2000
Little Rock, AR 72201

Joanna Whittaker
Punchwork Employment Lawyers
1 Riverfront Pl., Ste. 745
North Little Rock, AR 72114

Please retain this Notice for your records.

Page 1 of 2

Loretta Elizabeth Rebenstorf

**III. Statement of Claim**

**E. The facts of my case are as follows.**

I was employed by the Central Arkansas Library System (CALS) for approximately seven and a half years as a part-time library clerk at the Dee Brown Library. I have a permanent physical disability resulting from radiation treatment for Stage 4 tonsil cancer. The treatment caused lasting damage, scarring, and restricted movement in the lymphatic tissue on the left side of my neck. My disability was disclosed during the hiring process.

In November 2023, I received a formal written warning regarding an incident at work. I submitted a written rebuttal explaining my position. Before leaving for vacation during the Thanksgiving and Christmas holiday period, my manager, Brian Martin, wanted the matter resolved. I later followed up with him and was told that he had not heard anything further and that I should consider the matter dropped. Based on that conversation, I believed the issue had been resolved.

Between November 2023 and October 24, 2025, I experienced ongoing difficulties with certain work assignments that aggravated my physical condition. Shelving duties required me to maintain my head and neck in a lowered position for extended periods. This caused increased neck pain and made breathing difficult. I requested the same rotation of duties that was provided to another library clerk so that I could perform all of my job responsibilities without repeatedly aggravating my condition. I was not asking to avoid any of my responsibilities.

My manager, Brian Martin, approved of this arrangement, but the assistant manager, Diane, continued to disregard the arrangement and continued assigning me to shelving duties, which required me to keep my head lowered for extended periods and aggravated the neck pain and breathing difficulties caused by my condition. When I lowered my head because of the pain and difficulty breathing, Diane interpreted my posture as sleeping rather than recognizing the physical limitations

caused by my condition.



I also spoke with Priscilla Barnes, the HR manager, and explained the treatment I was receiving and how my neck was hurting because I was repeatedly required to work in the same position. When she asked me who was responsible, I was initially reluctant to identify the person because I did not want to file a formal complaint or pursue disciplinary action. My intention was simply to do my job, perform my assigned duties, and be treated fairly.

I also experienced criticism from Diane regarding my work, including comments that I was too slow, did not understand my duties, and was unnecessary.

On October 23, 2025, I returned to work following approved medical leave that had been arranged with HR. I had also used available paid time off. On October 24, 2025, I was terminated from my employment without an explanation.

I believe I was treated unfairly because of my disability and that my employer failed to properly address the physical limitations associated with my condition. I also believe my termination was related to my disability and my efforts to address the difficulties I experienced performing certain assigned duties.

Loretta Elizabeth Rebenstorf